IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJESTIC ATHLETIC LTD., a Pennsylvania corporation, <br><br> Plaintiff, <br><br> v. <br><br> REEBOK INTERNATIONAL LTD., a Massachusetts corporation, and PAUL FIREMAN, a Massachusetts citizen, individually and in his capacity as Chairman, CEO and President of Reebok International Ltd., <br><br> Defendants. | CIVIL ACTION <br><br> No. 02-CV-3216 |

### PRELIMINARY INJUNCTION

AND NOW, this ___ day of ____, 2002, after due consideration of Plaintiff's Complaint, Motion for Preliminary Injunction and Defendants' responses thereto; and Plaintiff and Defendants having appeared before the Court; and it further appearing that Plaintiff will suffer immediate and irreparable harm, injury and damage from Defendants' conduct unless Defendants are enjoined and restrained as requested in the Motion, it is hereby ORDERED, ADJUDGED and DECREED as follows:

The Court makes the following findings:

    a.    There is a likelihood that Plaintiff will succeed on the merits of its claims that Defendants have committed unlawful conduct and that such conduct will continue unless restrained;

      b.    Substantial and irreparable injury to Plaintiff and to the public at large will result unless this Order is entered;

      c.    As to each item of relief granted below, greater injury will be inflicted upon Plaintiff by the denial of relief than will be inflicted upon Defendants by the granting of relief;

      d.    Plaintiff has no adequate remedy at law; and

      e.    The public interest will be served by the injunction.

2. A Preliminary Injunction be and hereby is issued, as provided under Rule 65 of the <u>Federal Rules of Civil Procedure</u>.

3. Defendants, together with their representatives, agents, servants, and all others acting on its behalf or in concert with them, be and hereby are ENJOINED and RESTRAINED FROM:

> Using or disclosing, for any purpose whatsoever, any of the confidential and proprietary information provided to Reebok by Majestic; and

> Competing with Majestic to acquire any Major League Baseball licenses during the pendency of this action and until the final adjudication of Plaintiff's request for permanent injunctive relief.

It is further ORDERED that

> Reebok must return all confidential and proprietary information provided to it by Majestic, including any copies of such information stored in any form whatsoever.

                        BY THE COURT:

                        _____J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJESTIC ATHLETIC LTD., a Pennsylvania corporation, | ) CIVIL ACTION ) ) |
| Plaintiff, | ) No. 02-CW- 3216 ) |
| v. | ) ) |
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation, and PAUL FIREMAN, a Massachusetts citizen, individually and in his capacity as Chairman, CEO and President of Reebok International Ltd., | ) ) FILED MAY 24 2002 ) ) ) ) ) |
| Defendants. | |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff hereby moves, pursuant to Rule 65 of the <u>Federal Rules of Civil Procedure</u>, for a Preliminary Injunction after hearing. Plaintiff requests that this Court enter a preliminary injunction as more fully described herein.

In support of this Motion, Plaintiff states that (i) unless the Motion is granted Plaintiff will suffer irreparable harm; (ii) there is a substantial likelihood that Plaintiff will prevail on the merits of its claims; (iii) the threatened injury to Plaintiff outweighs any harm a preliminary injunction may cause Defendants; and (iv) an injunction will serve the public interest.

This Motion is based on Plaintiff's Complaint, and any other evidence that has been or may be made part of the record in this matter.

Plaintiff requests a hearing and/or oral argument.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order substantially in the form attached hereto.

Respectfully submitted,

_____
Brian P. Downey, Esquire
Alexandra Makosky, Esquire
PEPPER HAMILTON LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181
(717) 255-1155

George M. Medved, Esquire
Kim M. Watterson, Esquire
PEPPER HAMILTON LLP
50th Floor
500 Grant Street
Pittsburgh, PA 15219-2502
(412) 454-5000

Dated: May 24, 2002

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 24th day of May, 2002, via first class U.S. Mail, postage prepaid, upon the following:

>Reebok International, Ltd.
>1895 J.W. Foster Boulevard
>Canton, MA 02021
>
>Reebok International, Ltd.
>c/o CT Corporation System
>1515 Market Street, Suite 1210
>Philadelphia, PA 19102
>
>Mr. Paul Fireman
>c/o Reebok International, Ltd.
>1895 J.W. Foster Boulevard
>Canton, MA 02021

