IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJESTIC ATHLETIC LTD.,** | : | CIVIL ACTION |
| a Pennsylvania corporation, | : | |
|            Plaintiff, | : | |
|     vs. | : | |
| | : | |
| **REEBOK INTERNATIONAL LTD.,** | : | |
| a Massachusetts corporation, and, | : | |
| **PAUL FIREMAN**, a Massachusetts citizen, | : | |
| individually and in his capacity as | : | |
| Chairman, CEO and President of | : | |
| Reebok International Ltd., | : | |
|            Defendants. | : | NO. 02-3216 |

## O R D E R

**AND NOW**, this 17th day of June, 2002, plaintiff, Majestic Athletic Ltd., having filed a Complaint and a Motion for Preliminary Injunction on May 24, 2002, and it appearing from the documents of record that a Summons and copies of the Complaint and Motion for Preliminary Injunction were served on defendants, Reebok International Ltd., and Paul Fireman, on May 24, 2002, and no response having been filed, as a result of which the Court communicated with counsel for Majestic Athletic, Ltd., who advised that counsel for Reebok International Ltd., was of the view that plaintiff's law firm had a conflict of interest which required disqualification, **IT IS ORDERED** that on or before July 1, 2002, the parties, through counsel, shall jointly report to the Court in writing (letter to Chambers, Room 12613) with respect to the status of the case.

**IT IS FURTHER ORDERED** that, because no entry of appearance has been entered for

defendants, Reebok International Ltd., and Paul Fireman, plaintiff's attorney shall serve a copy of this Order on counsel for defendants. If additional time is required, it must be requested on or before July 1, 2002.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**