IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJESTIC ATHLETIC, LTD., | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| REEBOK INTERNATIONAL LTD. and PAUL FIREMAN, | : NO. 02-CV-3216 |
| Defendants. | : |

### ENTRY OF APPEARANCE

Kindly enter my appearance as counsel for plaintiff Majestic Athletic, Ltd.

_____
David Smith (Attorney I.D. 21480)

Attorney for Plaintiff,
Majestic Athletic, Ltd.

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2000

Dated: July 3, 2002.