IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJESTIC ATHLETIC, LTD., <br> a Pennsylvania corporation, | ) <br> ) <br> ) | CIVIL ACTION |
| Plaintiff, | ) <br> ) | No.  02-CV-3216 |
| v. | ) <br> ) | |
| REEBOK INTERNATIONAL LTD., <br> a Massachusetts corporation, and <br> PAUL FIREMAN, a Massachusetts citizen, <br> individually and in his capacity as Chairman, <br> CEO and President of  Reebok International <br> Ltd., | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | JURY TRIAL DEMANDED |
| Defendants. | | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Please withdraw the appearance of Pepper Hamilton LLP on behalf of plaintiff Majestic Athletic, Ltd. ("Majestic") in the above-captioned action.  On July 3, 2002, David

- 2 -

Smith of Schnader Harrison Segal & Lewis LLP entered his appearance on behalf of Majestic, a copy of which is attached to this withdrawal.

        Respectfully submitted,

_____
Brian P. Downey, Esquire (59891)
Alexandra Makosky, Esquire (80267)
PEPPER HAMILTON LLP
200 One Keystone Plaza
North Front and Market Streets
Harrisburg, PA 17108-1181
(717) 255-1155
(717) 238-0575 (Facsimile)

George M. Medved, Esquire
Kim M. Watterson, Esquire
PEPPER HAMILTON LLP
50th Floor
500 Grant Street
Pittsburgh, PA 15219-2502
(412) 454-5000
(412) 281-0717 (Facsimile)

Dated: July 15, 2002

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Withdrawal and Entry of Appearance to be served upon the following counsel by first class mail, postage prepaid, on July 15, 2002.

>Robert G. Jones, Esquire
>Brien T. O'Connor, Esquire
>Ropes & Gray
>One International Place
>Boston, MA  02110-2624
>
>David Smith, Esquire
>Schnader Harrison Segal & Lewis LLP
>1600 Market Street, Suite 3600
>Philadelphia, PA  19103-7286

>_____
>Brian P. Downey (59891)