IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJESTIC ATHLETIC LTD.,** | : | CIVIL ACTION |
| a Pennsylvania corporation, | : | |
|         Plaintiff, | : | |
|     vs. | : | |
| | : | |
| **REEBOK INTERNATIONAL LTD.,** | : | |
| a Massachusetts corporation, and, | : | |
| **PAUL FIREMAN,** a Massachusetts citizen, | : | |
| individually and in his capacity as | : | |
| Chairman, CEO and President of | : | |
| Reebok International Ltd., | : | |
|         Defendants. | : | NO. 02-3216 |

## O R D E R

**AND NOW**, this 5th day of August, 2002, upon consideration of Defendants' Motion to Dismiss (Document No. 9, filed July 26, 2002) the Court noting from the docket that plaintiff filed an Amended Complaint on July 31, 2002, at the request of defendants, **IT IS ORDERED** that Defendants' Motion to Dismiss (Document No. 9) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that defendants shall file an answer or otherwise plead to the Amended Complaint within the time permitted under the Federal Rules of Civil Procedure. One (1) copy of defendants' response to the Amended Complaint shall be served on the Court (Chambers, Room 12613) when the original is filed.

                                                BY THE COURT:

                                                _____
                                                **JAN E. DUBOIS, J.**