IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJESTIC ATHLETIC LTD.,** | : | CIVIL ACTION |
| a Pennsylvania corporation, | : | |
|               Plaintiff, | : | |
|     vs. | : | |
| | : | |
| **REEBOK INTERNATIONAL LTD.,** | : | |
| a Massachusetts corporation, and, | : | |
| **PAUL FIREMAN,** a Massachusetts citizen, | : | |
| individually and in his capacity as | : | |
| Chairman, CEO and President of | : | |
| Reebok International Ltd., | : | |
|               Defendants. | : | NO.  02-3216 |

**O R D E R**

    **AND NOW,** this 29th day of August, 2002, upon consideration of Plaintiff's Motion for Preliminary Injunction (Document No. 2, filed May 24, 2002), following a Preliminary Pretrial Conference on August 29, 2002, plaintiff having reported that as a result of discussions between the parties the Motion for Preliminary Injunction could be withdrawn, **IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction is **WITHDRAWN WITHOUT PREJUDICE.**

                                                        BY THE COURT:

                                                        **JAN E. DUBOIS, J.**