## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAJESTIC ATHLETIC LTD.,** | : | **CIVIL ACTION** |
| **a Pennsylvania corporation,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | |
| | : | |
| **REEBOK INTERNATIONAL LTD.,** | : | |
| **a Massachusetts corporation, and,** | : | |
| **PAUL FIREMAN, a Massachusetts citizen,** | : | |
| **individually and in his capacity as** | : | |
| **Chairman, CEO and President of** | : | |
| **Reebok International Ltd.,** | : | |
| **Defendants.** | : | **NO.  02-3216** |

## O R D E R

AND NOW, this 27th day of December, 2002, it having been reported that the issues

between the parties in the above action have been settled and upon Order of the Court pursuant to

the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS**

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of

counsel, without costs.

BY THE COURT:

_____

**JAN E. DUBOIS, J.**